No. 00–9008.  STARR *v.* ROBINSON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–9018.  GOTCHER *v.* WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 00–9020.  KULAS *v.* MACK ET AL.  Sup. Ct. Minn.  Certiorari denied.

No. 00–9025.  PIERCE *v.* GARCIA, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–9027.  OSBORNE *v.* SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 00–9028.  COMPEL *v.* RELIANCE STANDARD LIFE INSURANCE CO.  C. A. 4th Cir.  Certiorari denied.

No. 00–9029.  YONAMINE *v.* ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 00–9030.  WILLIAMS *v.* ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON.  C. A. 7th Cir.  Certiorari denied.

No. 00–9032.  BIN YANG *v.* NEW PRIME, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–9033.  VILLEGAS *v.* LINDSEY, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 00–9034.  BEHARRY *v.* M. T. A. NEW YORK CITY TRANSIT AUTHORITY ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 00–9039.  SIMMONS *v.* TEXAS.  Ct. App. Tex., 5th Dist.  Certiorari denied.

No. 00–9041.  SHORTER *v.* GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 00–9043.  KRAUSE *v.* OTTO NEMENZ INTERNATIONAL, INC., ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.